# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2008

135890

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                          SC: 135890
                          COA: 281718
                          Muskegon CC: 06-054036-FH;
                                                06-054040-FC;
                                              06-054044-FH

SCOTT WILLIAM BEREAN,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the January 4, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2008 _____

p0519

_____
Clerk